UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:19-cv-04518-MWF (MAA)** | Date: **July 15, 2019** |
| Title **Derek Lynn Hockett v. Unit 12 Supervisor Marty** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On May 23, 2019, Plaintiff Derek Lynn Hockett ("Plaintiff") filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) However, Plaintiff neither paid the required $400 filing fee, nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* ECF No. 2.)

On May 23, 2019, the Court issued an Order Regarding Application to Proceed *In Forma Pauperis* or Payment of Filing Fee, which ordered Plaintiff, within thirty (30) days from the date of the Order, to submit the $400 filing fee or application to proceed *in forma pauperis* with supporting documentation. ("Order," ECF No. 4) The Court cautioned Plaintiff that failure to comply with the Order "will result in a recommendation that the Complaint be dismissed." (*Id*.)

To date, Plaintiff has neither submitted the $400 filing fee nor an application to proceed *in forma pauperis*.

     Plaintiff is **ORDERED TO SHOW CAUSE** by **August 14, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken. Plaintiff is advised that failure to respond to this Order to Show Cause will result in a recommendation that the Complaint be dismissed.

It is so ordered.

<u>Attachment</u>

Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)

|  |  |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |